UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONEL FLORES HUERTA, on behalf of
himself and all other similarly situated
employees,

                            Plaintiffs,

           -against-

MARLY BUILDING SUPPLY CORP.
(BROOKLYN), MARLY BUILDING
SUPPLY CORP., and KIM K. MA,
individually,

                           Defendants.

Case No. 1:25-cv-03495 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On May 27, 2026, Plaintiff Leonel Flores Huerta ("Plaintiff") filed a letter-motion to compel the above-named Defendants to serve complete written discovery responses and produce responsive documents. *See* Dkt. 38. Under the Court's Individual Rules, Defendants' responsive letter, if any, was due within three business days, that is, June 1, 2026. *See* Indiv. R. 2E. The Court has not received any responsive letter, nor any indication from Defendants that they intend to file one.

The Court will hold a conference to discuss Plaintiff's letter-motion on **June 8, 2026, at 3:00 p.m.**, in Courtroom 20B of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York, 10007.

Dated: June 2, 2026
      New York, New York

                                  SO ORDERED.

                                  *Jennifer Rochon*
                                  JENNIFER L. ROCHON
                                  United States District Judge