UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONEL FLORES HUERTA, on behalf of himself and all other similarly situated employees,

Plaintiff,

-against-

MARLY BUILDING SUPPLY CORP. (BROOKLYN), MARLY BUILDING SUPPLY CORP., and KIM K. MA individually,

Defendants.

Case No. 1:25-cv-03495 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed on the record on August 26, 2026, on the consent of all parties, the Court construes Plaintiff's counsel's August 20, 2026 letter, *see* Dkt. 49, as a statement noting Plaintiff's death. *See* Fed. R. Civ. P. 25(a)(1); *see also Unicorn Tales, Inc. v. Banerjee*, 138 F.3d 467, 469 (2d Cir. 1998) ("[T]he text of Rule 25(a)(1) contains no . . . restriction on who may file the statement[.]"). Any motion for substitution must be made within 90 days of that letter — that is, by November 18, 2026. *See* Fed. R. Civ. P. 25(a)(1); *see also Kotler v. Jubert*, 986 F.3d 147, 153-54 (2d Cir. 2021) (explaining that Rule 25's 90-day clock runs "from the time when [a party] learns from compliance with Rule 25(a)(1) of the death of an opposing party," and that a statement noting death need not "identif[y] the decedent's legal representative or successor" or be served upon such a representative or successor (citation omitted)). If no motion is made by that date, the matter will be dismissed. Fed. R. Civ. P. 25(a)(1).

Discovery in this matter is STAYED in the interim. Accordingly, the Court GRANTS Plaintiff's request, *see* Dkt. 40, to hold in abeyance his motion to compel, *see* Dkt. 38. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 40.

Dated: August 26, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge