UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONEL FLORES HUERTA, on behalf of himself and all other similarly situated employees,

Plaintiff,

-against-

MARLY BUILDING SUPPLY CORP. (BROOKLYN), MARLY BUILDING SUPPLY CORP., and KIM K. MA individually,

Defendants.

Case No. 1:25-cv-03495 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On August 26, 2026, after learning of Plaintiff's death in this case, *see* Dkt. 49, the Court ordered that a motion for substitution be made by November 18, 2026, or the case would be dismissed, *see* Dkt. 52. On November 18, 2026, Plaintiff's counsel advised the Court that although Plaintiff's death remains officially unconfirmed, Plaintiff's counsel had conferred with Plaintiff's spouse and counsel stated no motion for substitution would be filed. Dkt. 53. Accordingly, Plaintiff's counsel requested the case be dismissed without prejudice and he be granted leave to withdraw as counsel. *Id.*

Because no motion for substitution was filed by the deadline the Court imposed, but Plaintiff's death remains officially unconfirmed and he has several children including two minors, the Court will DISMISS this case without prejudice, and GRANT counsel's motion to withdraw. The Clerk of Court is respectfully directed to terminate all pending motions and CLOSE this case.

Dated: November 19, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge